# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

WAYNE DION MUNSON,

    Plaintiff,

v.

JOHN WILCHER; BRIAN COUNIHAN; and MILISSA KNONE,

    Defendants.

CIVIL ACTION NO.: 4:19-cv-58

## **O R D E R**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's April 18, 2019 Report and Recommendation, (doc. 6), to which plaintiff has filed objections (doc. 8). Plaintiff disputes that the grievance procedure, which he is utilizing, is sufficient for his purposes. His mere dissatisfaction, however, does not render it unavailable or constitutionally deficient. He also disputes that, unless he can fully put defendants "on notice" by filing grievances, somehow they cannot be found to be deliberately indifferent to his conditions-of-confinement complaints. Munson's sere theory of causality, however, does not demonstrate the existence of an entitlement to a voluntary grievance procedure of his choosing. (*See* doc. 6 at 9-10 (citing, *inter alia*, *Dunn v. Martin*, 178 F. App'x 876, 878 (11th Cir. 2006) ("a prisoner does not have a constitutionally-protected liberty interest in an inmate grievance procedure."); *Adams v. Rice*, 40 F.3d 72, 75 (4th Cir. 1994) (no entitlement to voluntarily established grievance procedure).) Munson, further, does not object at all to the Report and Recommendation's recommendation that his commissary price-fixing claim be dismissed.

Accordingly, Court **OVERRULES** plaintiff's objections and **ADOPTS** the Report and Recommendation. The Court **DISMISSES** plaintiff's claims regarding the commissary prices and the grievance procedures.

**SO ORDERED**, this 31st day of May, 2019.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA