UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| WAYNE DION MUNSON | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. CV419-058 |
| | ) |
| JOHN WILCHER, SHERIFF; | ) |
| MELISSA KOHNE and BRIAN | ) |
| COUNIHAN, | ) |
| | ) |
| Defendants. | ) |

**ORDER ON DEFENDANTS' AMENDED MOTION TO DEPOSE
A CONFINED PERSON IN JAIL**

Before the Court is Defendants' Amended Motion to Depose a Confirmed Person in Jail, doc. 23, specifically the Plaintiff in this action. As good cause exists, Defendants' Motion is hereby GRANTED.[1]

IT IS THEREFORE ORDERED that the Rutledge State Prison shall make the Plaintiff available for deposition in this civil action in the manner in which other depositions are generally held at such facility.

SO ORDERED this 6th day of January, 2020.

*Christopher L. Ray*
Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia

---

[1] Defendants' initial Motion to Depose a Confined Person in Jail, doc. 21, is **DISMISSED AS MOOT**.