IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| WAYNE DION MUNSON, et al., | |
| Plaintiffs, | CIVIL ACTION NO.: 4:19-cv-58 |
| v. | |
| JOHN WILCHER, et al., | |
| Defendants. | |

**O R D E R**

After a careful *de novo* review of the entire record, the Court concurs with the Magistrate Judge's November 9, 2020, Report and Recommendation, (doc. 34), to which the parties have filed no objections. Accordingly, the Court **ADOPTS** the Report and Recommendation, (doc. 34), as its opinion and **GRANTS** plaintiff's motion to withdraw his complaint, (doc. 31). All other motions are **DISMISED AS MOOT**. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**SO ORDERED**, this 6th day of January, 2021.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA